STATE OF NEW JERSEY v. BRIAN BEZER.

May 2, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. DOMINIC R. SCHIAVO.

May 2, 1989.

Leave to reinstate the appeal granted; and it is further ORDERED that the motion to remand to the Appellate Division is granted.

STATE OF NEW JERSEY v. JAMES E. WOODSON.

May 2, 1989.

Leave to appeal and remand to the Appellate Division for consideration of the merits granted.

ERIKA P. REED AND EARL F. REED, JR. v. JOSEPH R. SALADINO, M.D.

May 3, 1989.

The parties having stipulated to a dismissal of this matter, it is ORDERED that the appeal is dismissed. (See 113 *N.J.* 335 (1988)).